**ORDERED ACCORDINGLY.**

This order confirms a stipulation between debtors and secured creditor BAC. It is not a final confirmation order regarding debtor's pending plan.



**Dated: July 12, 2010**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

1   Jeremy T. Bergstrom, Esq.
    Arizona Bar No. 19399
2   MILES, BAUER, BERGSTROM & WINTERS, LLP
    2200 Paseo Verde Pkwy., Suite 250
3   Henderson, NV 89052
    (702) 369-5960 / FAX (702) 369-4955
4   File No. 09-96068

5   Attorneys for Secured Creditor,
    BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING,
6   LP

7               UNITED STATES BANKRUPTCY COURT
                FOR THE DISTRICT OF ARIZONA
8

| | |
|---|---|
| In re: | Chapter 11 |
| DENIS J. ARTILES AND ROSA M. CANO, | Case No.: 2:09-bk-27092-GBN |
| Debtors | |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, | |
| Movant, | |
| vs. | |
| DENIS J. ARTILES AND ROSA M. CANO, Debtor; US TRUSTEE, Trustee, | |
| Respondents. | |

18   **STIPULATED ORDER APPRVOVING FAIR MARKET VALUE OF PROPERTY AND**
     **APPRVOVING DEBTORS' CHAPTER 11 PLAN AND DISCLOSURE STATEMENTS**
19
          IT IS HEREBY STIPULATED BY AND BETWEEN Secured Creditor, BAC HOME
20
     LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, through
21
     its counsel, JEREMY T. BERGSTROM, Esq., of the law firm of Miles, Bauer, Bergstrom &
22
     Winters, LLP and Debtor, DENIS J. ARTILES and ROSA M. CANO, through their counsel,
23
     NASSER U. ABUJBARAH, as follows:
24

                                    1

1. That the fair market value of the subject Property generally described as **44185 West Palo Abeto Drive, Maricopa, AZ 85239** ("Property" herein) and legally described as follows:

> LOT 308, PALO BREA, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN CABINET E, SLIDE 196.

Be valued at $188,000.00.

2. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtors will pay back the Escrow advance of $3,170.22 over the course of the next 60 months and the debtors are responsible for ongoing payments of taxes & insurance regardless of plan confirmation.

3. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event Debtor fails to timely and properly comply with the Escrow Advance payments ordered above, Secured Creditor shall send to Debtor written notice of default with copy to Debtor's counsel, stating that the Debtor shall have ten (10) days to cure. Also, an additional attorney's fee of $100.00 will be incurred for each notice of default. In the event Debtor fails to timely and properly cure the delinquency pursuant to the 10-day written notice of default as set forth hereinabove, Secured Creditor shall submit an Ex Parte Order Terminating the Automatic Stay. Upon entry of the Ex Parte Order, the Automatic Stay shall be immediately terminated and extinguished for all purposes as to Secured Creditor, BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P., its assignees and/or successors in interest, and Secured Creditor, its assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's Sale of the subject Property, pursuant to applicable state law, and commence any action necessary to obtain complete possession of the subject Property.

4. That this Stipulated Order is binding in any conversion of the subject bankruptcy proceeding and supersedes the plan confirmation.

1     5. Upon Entry of this Order Secured Creditor cast its vote to approve the Debtors plan

2 and disclosure statement.

3     6. Upon Entry of this Order Secured Creditor's objection to plan and disclosure

4 statement are hereby withdrawn

5 SO STIPULATED

6

7

DATED: June 29, 2010     By: /s/ Jeremy T. Bergstrom, Esq.

8     Jeremy T. Bergstrom, Esq.
    Attorney for Secured Creditor

9     BAC HOME LOANS SERVICING, LP FKA
    COUNTRYWIDE HOME LOANS SERVICING,

10     LP

11 SO STIPULATED

12 DATED: 7/8/10

13     NASSER U. ABUJBARAH
    Attorney for Debtor

14

15

16     IT IS SO ORDERED this _____ day of _____, 2010.

17

18

    _____

    UNITED STATES BANKRUPTCY JUDGE

19 (09-96068/azstpots.dot/mld)

20

21

22

23

24

3

PAGE 03      LAW OFFICES      4807766847      17:00 07/08/2010