# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | DENIS J ARTILES & ROSA M CANO |
| **Case Number:** | 2:09-bk-27092-GBN     **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 07, 2010 10:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

### Matter:

CONTINUED INITIAL HEARING RE: PLAN CONFIRMATION. (FR. 08-02)

**R / M #:**   55 / 0

### Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR DENIS J ARTILES AND ROSA M CANO (T)

### Proceedings:

MR. ABUJBARAH INFORMS THE COURT THAT THE OBJECTION WAS RESOLVED ON FRIDAY REGARDING THE VEHICLE.  THE ORDER OF CONFIRMATION CAN BE FILED WITHIN THE WEEK.

THE COURT:  AN ORDER WILL BE SIGNED.  A POST CONFIRMATION HEARING IS SET FOR NOVEMBER 9, 2010 AT 9:30 A.M.